**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

_____Northwest Title Agency, Inc._____ v. _____United States_____

No. 16-2158

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

___ Pro Se    ✓ As counsel for: _____United States_____
Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant
☐ Appellant    ✓ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant   ☐ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Amanda L. Tantum |
| Law firm: | U.S. Dep't of Justice, Civil Division, Commercial Litigation Branch |
| Address: | P.O. Box 480, Ben Franklin Station |
| City, State and ZIP: | Washington, DC 20044 |
| Telephone: | 202-616-8131 |
| Fax #: | 202-305-7643 |
| E-mail address: | amanda.tantum@usdoj.gov |

Statement to be completed by counsel only (select one):

✓ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): _____

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes   ✓ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

_____           _____/s/ Amanda L. Tantum_____
Date                    Signature of pro se or counsel

cc: _____

# **CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this __7th__ day of _____June_____, __2016__, a copy of the foregoing _____Entry of Appearance_____ was filed electronically.

☑ This filing was served electronically to all parties by operation of the Court's electronic filing system.

_____/s/ Amanda L. Tantum_____

☐ A copy of this filing was served via:

☐ hand delivery

☐ mail

☐ third-party commercial carrier for delivery within 3 days

☐ electronic means, with the written consent of the party being served

To the following address:

_____