# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Northwest Title Agency, Inc.    **v.**    The United States

Case No. _____

## CERTIFICATE OF INTEREST

Counsel for the:

☒ (petitioner) ☐ (appellant) ☐ (respondent) ☐ (appellee) ☐ (amicus) ☐ (name of party)

Northwest Title Agency, Inc.

certifies the following (use "None" if applicable; use extra sheets if necessary):

| 1. Full Name of Party Represented by me | 2. Name of Real Party in interest (Please only include any real party in interest NOT identified in Question 3) represented by me is: | 3. Parent corporations and publicly held companies that own 10 % or more of stock in the party |
|---|---|---|
| Northwest Title Agency, Inc. | N/A | N/A |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court (**and who have not or will not enter an appearance in this case**) are:

Gary B Bodelson

05/27/2016
_____
Date

_____
Signature of counsel

Please Note: All questions must be answered

Wayne B. Holstad
_____
Printed name of counsel

cc: *All counsel of record*

Reset Fields