FORM 8. Entry of Appearance                                                                 Form 8
                                                                                            Rev. 03/16

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Northwest Title Agency, Inc.     v.     The United States

No. _____

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☒ As counsel for:  Northwest Title Agency, Inc.
                                Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant

☒ Appellant     ☐ Appellee      ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

| | |
|---|---|
| Name: | Wayne B. Holstad |
| Law Firm: | Holstad and Knaak, P.L.C. |
| Address: | 4501 Allendale Drive |
| City, State and Zip: | St. Paul, MN 55127 |
| Telephone: | (651) 490-9078 |
| Fax #: | (651) 490-1580 |
| E-mail address: | wholstad@klaw.us |

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only):    05/14/2012

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):  ☒ Yes    ☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date  May 26, 2016        Signature of pro se or counsel  /s/

cc:  All Counsel

Reset Fields