# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## 16-2158 - Northwest Title Agency, Inc. v. US

## Brief of Defendant-Appellee

## ORDER

The foregoing, having been received and examined is not in compliance with the rules of this court and is therefore rejected for filing at this time. The deficiencies are set forth below:

- Some of the brief's citations to the joint appendix do not comply with the Bates numbering format requirements. See Fed. Cir. R. 30(b)(4)(E)
    - Page numbers within a citation must not be abbreviated, for example: on Page 2 – Appx255-**72** should instead be Appx255-**272**; Appx349-**50** should instead be Appx349-**350**; etc. This type of error occurs throughout the brief.

A corrected brief must be filed within 14 days from the date of this order or there could be adverse consequences. The following shall apply when making corrections:

1. The corrected brief must have the word "CORRECTED" on the cover.
2. The corrected version must be served on all counsel.
3. The corrected version must be accompanied by a new proof of service.
4. The deficiencies cited in this order must be the only changes made to the brief.

Calculation for the next filing starts from the service date of the original version, not the corrected version.

FOR THE COURT

September 16, 2016

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court